**FILED**

05/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0622

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0622

_____

IN THE MATTER OF:

S.M.,                                                          O R D E R

   A Youth in Need of Care.


_____


Upon consideration of Appellant's motion for extension of time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 30, 2022, within which to prepare, file, and service the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2022